| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Attorney for Secured Creditor,<br>**Nationstar Mortgage LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST VIII**<br>By: Jeanette F. Frankenberg, Esq. | Order Filed on May 12, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Debra Lynn Piana**<br><br><br><br>Debtor(s) | Case No.: **15-29190-MBK**<br><br>Chapter: 13<br><br>Hearing Date: May 9, 2017<br><br>Judge: **Michael B. Kaplan** |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

      The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 12, 2017**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: **Debra Lynn Piana**
Case No: **15-29190-MBK**
Caption: Consent Order Resolving Motion to Vacate Stay

---

Applicant: Nationstar Mortgage LLC_____
Applicant's Counsel: Stern Lavinthal & Frankenberg, LLC _____
Debtor's Counsel: William H. OliverEsq._____
Property Involved ("Collateral"): 84 White Rd., Jackson, NJ 08527_____

Relief sought:
- ✓ Motion for relief from the automatic stay
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay

against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for **4** months, from **February 1, 2017** to **May 1, 2017**.

    - The Debtor is overdue for **4** payments at **$1,721.94** per month.

    - Less suspense balance of **$1,418.91**

    Total Arrearages Due **$5,469.05**.

2. Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment shall be made in the amount of **$2,500.00**. Said payment shall be made on or before **May 15, 2017**.

    - Immediate payment shall be made in the amount of **$2,969.05**. Said payment shall be made on or before **May 31, 2017**.

    - Regular payments in the amount of **$1,721.99** shall continue to be made beginning with the **June 1, 2017** payment.

3. Payments to the Secured Creditor shall be made to the following address(es):

    - ✓ Immediate payments: Nationstar Mortgage LLC_____
      P.O. Box 619094_____
      Dallas, TX 75261-9741_____

Page | 3
Debtor: **Debra Lynn Piana**
Case No: **15-29190-MBK**
Caption: Consent Order Resolving Motion to Vacate Stay

---

✓ Regular monthly payment:   Nationstar Mortgage LLC
                             P.O. Box 619094
                             Dallas, TX 75261-9741

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

4. Award of Attorneys' Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00.
   The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____                 */s/ Jeanette F. Frankenberg*
William H. Oliver, Esq.                         Jeanette F. Frankenberg, Esq.
Attorney for the Debtors,                       Attorney for Secured Creditor,
*Debra Lynn Piana*                              *Nationstar Mortgage LLC*